UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

SOB, INC., a Minnesota corporation, d/b/a "Sugar Daddy's"; AMY CHENOWETH; SHANNON WIBORG; KATHRYN HASKINS; MARK VAN GELDER; and MARY CLIFFORD VAN GELDER,

Plaintiffs,

vs.

COUNTY OF BENTON,

Defendant.

Civil No. 01-CV-1239 DDA/RLE

**ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER**

Randall Tigue Law Office, P.A., by RANDALL D.B. TIGUE, Minneapolis, Minnesota, appeared on behalf of Plaintiffs.

Ratwik, Roszak & Maloney, P.A., by SCOTT T. ANDERSON and AMY E. MACE, Minneapolis, Minnesota, appeared on behalf of Defendant.

This matter is before the Court upon application of the Plaintiffs for a temporary restraining order and a preliminary injunction. The parties agreed at oral argument to combine the application for a preliminary injunction with a trial on the merits in accordance with Fed.R.Civ.P. 65(a)(2). The only issue remaining for immediate disposition is whether a temporary restraining order is warranted.

Plaintiffs request an order precluding enforcement of Defendant County of Benton's public indecency ordinance, Benton County Ordinance 332, against them altogether or, in the alternative, preventing the County of Benton from enforcing the ordinance by means of custodial arrest. The Court will deny Plaintiffs' request. With that said, however, vigorous enforcement of this ordinance in the face of a viable First Amendment challenge is unwarranted and potentially unwise. The Court, with the cooperation of counsel, has provided for an expedited pretrial and trial schedule. As in other cases seeking expedited relief, this Court looks to the parties for mutual accommodation and

FILED JUL 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

restraint prior to a final disposition on the merits. The parties therefore are encouraged to agree voluntarily on the scope and extent of enforcement while the case is pending.

For the foregoing reasons, **IT IS HEREBY ORDERED THAT:**

1) Plaintiffs' request for a temporary restraining order is DENIED.

2) Hearing on Plaintiffs' request for a preliminary injunction will be combined with a hearing on the merits pursuant to Fed.R.Civ.P. 65(a)(2). This hearing will take place on September 11, 2001.

Dated: July 23, 2001

DONALD D. ALSOP, Senior Judge
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500