# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SOB, Inc., a Minnesota corporation,
d/b/a "Sugar Daddy's; et al

Case No. Civil 01-1239 DDA/RLE

v.

**JUDGMENT IN A CIVIL CASE**

County of Benton,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiffs' motion for a permanent injunction prohibiting enforcement of Benton County Ordinance 332 in its entirety is denied; and that claim is dismissed with prejudice.

Plaintiffs' motion for a permanent injunction prohibiting Benton County from enforcing Benton County Ordinance 332 by means of custodial arrest is granted, and an injunction shall issued without the filing of security.

DATE: November 5, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

32