**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SOB, INC., a Minnesota corporation, d/b/a "Sugar Daddy's"; AMY CHENOWETH; SHANNON WIBORG; KATHRYN HASKINS; MARK VAN GELDER; and MARY CLIFFORD VAN GELDER,

Plaintiffs,

vs.

COUNTY OF BENTON,

Defendant.

Civil No. 01-CV-1239 DDA/RLE

**PERMANENT INJUNCTION**

---

Defendant County of Benton, along with its officers, agents, servants, employees, and attorneys, is hereby PERMANENTLY ENJOINED from using custodial arrest as a means of enforcing Benton County Ordinance 332 against Plaintiffs or any other person.

Dated: November 5, 2001

DONALD D. ALSOP, Senior District Judge
United States District Court

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________