# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SOB, Inc., a Minnesota corporation,
d/b/a "Sugar Daddy's", et al Case No. Civil 01-1239 DDA/RLE

v. **JUDGMENT IN A CIVIL CASE**

County of Benton,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's motion for an award of attorney's fees and costs be, and hereby is, granted in part;

Plaintiffs have judgment against defendant for attorney's fees and costs in the amount of $2,161.19.

DATE: December 26, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

41