**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SOB, INC., a Minnesota corporation, d/b/a "Sugar Daddy's"; AMY CHENOWETH; SHANNON WIBORG; KATHRYN HASKINS; MARK VAN GELDER; and MARY CLIFFORD VAN GELDER,

Plaintiffs,

vs.

COUNTY OF BENTON,

Defendant.

Civil No. 01-CV-1239 DDA/RLE

**ORDER**

---

Randall Tigue Law Office, P.A., by RANDALL D.B. TIGUE, Minneapolis, Minnesota, for Plaintiffs.

Ratwik, Roszak & Maloney, P.A., by SCOTT T. ANDERSON and AMY E. MACE, Minneapolis, Minnesota, for Defendant.

---

The Eighth Circuit Court of Appeals issued its mandate in this case on March 12, 2003. In accordance with the opinion of the Court of Appeals, this Court's permanent injunction against "using custodial arrest as a means of enforcing Benton County Ordinance 332 against Plaintiffs or any other person" is hereby VACATED.

Dated: March 24, 2003

DONALD D. ALSOP, Senior Judge
United States District Court

MAR 2 4 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK