**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SOB, Inc., a Minnesota corporation, d/b/a "Sugar Daddy's"; Amy Chenoweth; Shannon Wiborg; Kathryn Haskins; Mark Van Gelder; and Mary Clifford Van Gelder,

Plaintiffs,

v.

County of Benton,

Defendant.

Civil No. 01-CV-1239 DDA/RLE

**ORDER**

---

The Court having reviewed the memoranda and upon all files, records, and proceedings herein, the Court being fully advised in the premises and counsel for Plaintiffs having not opposed the motion,

**IT IS ORDERED** that the Defendant's Motion for Reversal of the Attorney's Fees Award for Plaintiffs is GRANTED and the award is VACATED.

DATED: April 14, 2003.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED APR 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK